

# Fourth Court of Appeals

## San Antonio, Texas

November 16, 2017

No. 04-17-00351-CR

Delton Lenard **GREEN,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR7767
Honorable Frank J. Castro, Judge Presiding

# O R D E R

Appellant's final motion for extension of time to file his brief is GRANTED. Appellant's brief was filed on November 13, 2017.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of November, 2017.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court